IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY FOWLKES                                                                      PLAINTIFF

v.                                       NO. 4:17-CV-563-JLH

TIM RYALS, *et al.*                                                                  DEFENDANTS

## ORDER

The Court has received and reviewed the Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. After a careful review of Mr. Fowlkes's timely objections, and upon a *de novo* review of the record, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Mr. Fowlkes's claims against the DOE Defendant and his claims against Defendant Dixon are all DISMISSED without prejudice.

The Court certifies that, pursuant to 28 U.S.C. § 1915(a)(3), an *in forma pauperis* appeal taken from this order would be considered frivolous and not in good faith.

IT IS SO ORDERED this 20th day of November, 2018.

_____
UNITED STATES DISTRICT JUDGE