IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ANTHONY FOWLKES,                                              PLAINTIFF

V.                  CASE NO. 4:17-CV-563-JLH-BD

TIM RYALS, *et al.*                                           DEFENDANTS

## ORDER

The Court has received and reviewed the Partial Recommended Disposition ("Recommendation") filed by Magistrate Judge Beth Deere. No objections have been filed. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in all respects.

Defendants' Motion for Partial Summary Judgment (document #57) is GRANTED. Plaintiff's medical indifference claims are DISMISSED, as are his excessive force claims against Defendant Durwin Lasker. Defendants Durwin Lasker and Garry Stewart are DISMISSED. Plaintiff's official capacity claims are DISMISSD. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal taken from this order would be considered frivolous and not in good faith.

DATED this 9th day of September, 2019.

_____
UNITED STATES DISTRICT JUDGE