# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**ANTHONY FOWLKES**                                                                    **PLAINTIFF**

**v.**                                  **Case No. 4:17-cv-00563 KGB**

**TIM RYALS,** *et al.*                                                    **DEFENDANTS**

## JUDGMENT

This matter came for trial on December 6, 2021. Plaintiff Anthony Fowlkes appeared with his attorney Sara Merritt. Defendants Brinton Ramoly, Howard Hall, and Nathan Kelley appeared with their attorney Jason Owens. All parties announced ready for trial. A jury of twelve was selected and sworn. The jury returned verdicts in favor of Mr. Ramoly, Mr. Hall, and Mr. Kelley (Dkt. No. 104). Judgment is therefore entered in favor of Mr. Ramoly, Mr. Hall, and Mr. Kelley and against Mr. Fowlkes.

It is so ordered this 7th day of December, 2021.

                                                                                    */s/ Kristine G. Baker*
                                                                          Kristine G. Baker
                                                                          United States District Judge